UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JAMES DAILEY and SUSAN DAILEY,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN FAMILY INSURANCE,<br><br>Defendant. | C25-0277 TSZ<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1)     Plaintiffs are DIRECTED to show cause, on or before May 12, 2025, why this matter should not be dismissed without prejudice for failure to prosecute. When this case was removed in February 2025, the Clerk of the Court sent a notice to plaintiffs' then counsel Tanisha Sudarshan, indicating that a petition for admission to the Bar of this District, as well as a Notice of Appearance pursuant to LCR 83.2, must be promptly filed. *See* Notice (docket no. 4). A few days later, defendant American Family Connect Property and Casualty Insurance Company, sued as "American Family Insurance," filed an answer to the complaint and served it on plaintiffs' attorney via both U.S. mail and email. *See* Ans. & Certificate of Serv. (docket nos. 6 & 6-1). No activity has occurred in this case since February 18, 2025. No lawyer authorized to practice before this Court has appeared for plaintiffs, and no suggestion has been made that plaintiffs wish to proceed pro se. If, by May 12, 2025, counsel has not appeared for plaintiffs and plaintiffs have not stated their intent to proceed pro se via a written document submitted to the Clerk of the United States District Court for the Western District of Washington at United States Courthouse, 700 Stewart Street, Seattle, WA 98101, then this matter will be dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(b).

MINUTE ORDER - 1

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record, as well as to (i) Tanisha Sudarshan via both U.S. mail at Styles Law, PLLC, 6628 – 212th St SW, Suite 206, Lynnwood, WA 98036, and email at jeremiah@styles-law.com and tanisha@styles-law.com, and (ii) plaintiffs James Dailey and Susan Dailey at P.O. Box 1199, Granite Falls, WA 98252.  If any counsel has a different address for plaintiffs than the one set forth herein, then such counsel shall send a copy of this Minute Order to plaintiffs at such address and file proof of service within seven (7) days of the date of this Minute Order.

Dated this 18th day of March, 2025.

Ravi Subramanian  
Clerk

s/Laurie Cuaresma  
Deputy Clerk

MINUTE ORDER - 2